**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SAKIKO FARRAKHAN,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>DAL GLOBAL SERVICES, d/b/a Delta Global Services, DELTA AIRLINES, and JOHN DOE 1-10,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:19-CV-5804-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of DAL Global Services and Delta Airlines' Motion for Summary Judgment , and the court having GRANTED said motion, and John Doe 1-10 being DISMISSED, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover thei costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 15th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　s/Jill Ayers_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 15, 2021
Kevin P. Weimer
Clerk of Court

By: s/Jill Ayers_____
　　　Deputy Clerk